UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 20-CR<br>[18 U.S.C. §§ 922(g)(1) & 924(a)(2)] |
| JEFFREY M. LOMENZO, | |
| Defendant. | |

---

## INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1. On or about December 17, 2019, in the State and Eastern District of Wisconsin,

**JEFFREY M. LOMENZO,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Phoenix Arms, model HP22, .22 caliber pistol, bearing serial number 4115589.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Jeffrey M. Lomenzo, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Phoenix Arms, model HP22, .22 caliber pistol, bearing serial number 4115589.

A TRUE BILL:

FOREPERSON

Date: March 3, 2020

MATTHEW D. KRUEGER
United States Attorney

2